UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEW HAMPSHIRE

---------------------------------

PITNEY BOWES INC., a Delaware corporation :
doing business in the State of New Hampshire, :
: Case No. 09-cv-107-PB
Plaintiff, :
: **AGREED TEMPORARY**
v. : **RESTRAINING ORDER**
:
WILLIAM LUSTIG, an individual and doing :
business as GLOBAL MAILING SUPPLIES, :
:
Defendant. :

-------------------------------x

Plaintiff Pitney Bowes Inc., having filed a Verified Complaint for Injunctive and Other Relief and Emergency Motion for a Temporary Restraining Order and a Preliminary Injunction, all parties being given notice, the Court having heard the arguments of counsel and Mr. Lustig and otherwise being advised in the premises, and the parties agreeing to the following temporary restraining order;

IT IS ORDERED as follows that:

1. William Lustig, along with his respective agents, employers, employees, attorneys, and those persons in active concert or participation with him, be temporarily enjoined from:

   (a) Selling, soliciting, or shipping Postal Mailing Technology within a radius of fifty (50) miles of Hillsborough and Rockingham Counties, including, but not limited to, Concord and Manchester and the Manchester District office located in Bedford, New Hampshire. Postal Mailing Technology shall include postage meters, postage machines, postage meter supplies, folders, sorters, inserters, and mail addressing systems. Postage Meter Supplies include ink, meter tape, and other supplies used with postage machines;

   (b) contacting any Pitney Bowes customer or prospective customer that Lustig had contact with prior to his resignation, Lustig learned of during his

employment with Pitney Bowes, or is within 50 miles of Hillsborough or Rockingham Counties regarding Postal Mailing Technology;

(c) contacting, soliciting, or conducting business with any Pitney Bowes customer identified on the 1,139 page customer list which Lustig misappropriated or improperly removed;

(d) aiding or assisting any other person or corporation from doing any of (b) or (c);

(e) disclosing any Pitney Bowes trade secret or proprietary business or confidential information;

(f) misappropriating or threatening to misappropriate Pitney Bowes' confidential and proprietary information, including all copies thereof, to account for the whereabouts of Pitney Bowes' proprietary information and produce for inspection all computers on which Pitney Bowes' information may have resided; and

(g) directly or indirectly revealing or utilizing Pitney Bowes' proprietary information, trade secrets, and confidential information.

2. Lustig, along with his respective agents, employers, employees, attorneys and those persons in active concert or participation with him, specifically be required to return to Pitney Bowes all trade secrets and confidential information in his possession or control, including all copies thereof.

3. A hearing shall be held on Pitney Bowes's application for a preliminary injunction upon notice and request of either party, but no request for such a hearing may be made before April 13, 2009.

4. Pitney Bowes is granted leave to conduct expedited discovery, including depositions, limited to the issues raised in its Verified Complaint, and that Defendant is required to respond to written discovery within seven (7) days of service.

5. This Order shall be effective until: (1) either party requests a preliminary injunction hearing and until that preliminary injunction hearing takes place; or (2) the parties advise the court that the matter has been resolved.

6. Lustig will preserve all documents, electronic files, and all evidence relevant to the facts and allegations of Pitney Bowes Complaint.

7. Lustig's deposition will be taken within 10-days and Lustig shall submit his electronic media to inspection to confirm Pitney Bowes confidential information is not within Lustig's possession.

```
                              /s/ Paul Barbadoro
                                    JUDGE

                       DATED:  April 3, 2009
```

Prepared by:

Christopher Cole
Sheehan Phinney Bass & Green PA
1000 Elm Street, 17th Floor
Manchester, New Hampshire 03101

Michael D. Wexler, ISB No. 06207847
Justin K. Beyer, ISB No. 06282525
Seyfarth Shaw
131 S. Dearborn Street
Suite 2400
Chicago, Illinois 60603-5577

Attorneys for Plaintiff

```
     cc:  Counsel of Record
          William Lustig, Pro se
```