UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Pitney Bowes, Inc.</u>

                v.                                 Case No. 09-cv-107-PB

<u>William Lustig</u>


<u>O R D E R</u>


       The clerk shall set a hearing after a response is received. The matter is referred to the Magistrate judge for a settlement conference to be held at a time acceptable to the Magistrate Judge prior to the hearing on the preliminary injunction motion


       SO ORDERED.


June 25, 2009                             /s/ Paul Barbadoro
                                     Paul Barbadoro
                                     United States District Judge


cc:    Counsel of Record
       William Lustig, Pro Se